UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS LULE-ARREDONDO,<br><br>                Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER,<br><br>               Respondent. | NO.  C14-987-RSL<br><br>ORDER OF DISMISSAL |

    The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

    1.  The Court ADOPTS the Report and Recommendation.

    2.  Respondent's motion to dismiss (Dkt. 14) is GRANTED.

    3.  Petitioner's habeas petition (Dkt. 8) is DENIED, and this action is DISMISSED.

    4.  The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

    DATED this 22nd day of December, 2014.

                                          Robert S. Lasnik
                                          United States District Judge

ORDER - 1